No. 71–6891.  HAUFF *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–6892.  SAILER *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–6896.  LATHROP *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6900.  PATTERSON *v.* SMITH, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 71–6901.  MORROW *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6903.  NEASE *v.* UNITED STATES  C. A. 6th Cir. Certiorari denied.

No. 71–6904.  TUBBS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 71–6906.  SPRINGER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–6907.  WATSON *v.* STYNCHCOMBE, SHERIFF. C. A. 5th Cir.  Certiorari denied.

No. 71–6910.  THORNLEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6911.  MEDINA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6912.  PASQUA *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dist.  Certiorari denied.

No. 71–6913.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6924.  OBSTEIN *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.